# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 38th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA

:  NO. 355

:

:  MAGISTERIAL RULES DOCKET

:

:

## AMENDED ORDER

**PER CURIAM**

   **AND NOW,** this day of 9th day of March, 2015, the Order dated May 9, 2013 that Reestablished the Magisterial Districts of the 38th Judicial District (Montgomery County) of the Commonwealth of Pennsylvania, is hereby **AMENDED** as follows: Magisterial District 38-1-28 shall include Hatfield Township Voting Districts 2-1, 2-2, 3-1, 3-2, 4-1, and 4-2. The Order of May 9, 2013 shall remain in effect in all other respects.